IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS SCOTT CONKLIN<br><br>Plaintiff,<br><br>v.<br><br>M.D. HALE, LT. BRIGGER,<br>And Officer ROCKWELL<br><br>Defendants. | )<br>)<br>)<br>)  1:13-cv-132-TFM-SPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

This prisoner civil rights action was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Local Rules 72.1.3 and 72.1.4.

Now pending is a PARTIAL MOTION FOR SUMMARY JUDGMENT (ECF No. 41) filed by Defendants. On December 5, 2014, Magistrate Judge Baxter issued a Report and Recommendation ("R&R") which recommended that the motion be GRANTED. The deadline for filing Objections to the R&R was December 22, 2014. No Objections have been filed.

AND NOW, this 25th day of February, 2015, upon consideration of Defendants' PARTIAL MOTION FOR SUMMARY JUDGMENT (ECF No. 41); the responses thereto filed by Plaintiff Travis Scott Conklin (ECF Nos. 56-58); and the R&R of Magistrate Judge Baxter, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that said motion is **GRANTED.** Summary judgment is hereby entered in favor of Defendants Hale and Brigger and against Plaintiff and they are dismissed from this action. The R&R is adopted as the opinion of the Court.

Plaintiff Conklin shall file his Pretrial Statement on or before March 27, 2015. Defendant Rockwell shall file his Pretrial Statement on or before April 27, 2015.

**IT IS FURTHER ORDERED** that the caption in this action is amended as follows:

| | |
|---|---|
| **TRAVIS SCOTT CONKLIN** | ) |
| **Plaintiff,** | ) 1:13-cv-132-TFM-SPB |
| v. | ) |
| **OFFICER ROCKWELL** | ) |
| **Defendant.** | ) |

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: **Travis Scott Conklin**
Inmate No. KN9457
SCI PITTSBURGH
PO Box 9991
PITTSBURGH, PA 15233

Timothy Mazzocca
Email: tmazzocca@attorneygeneral.gov